**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ALBERT A. DeANGELIS,**

        Plaintiff,

  vs.                                  **Civil Action 2:07-CV-239**
                                            **Judge Smith**
                                            **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

<u>ORDER</u>

        On February 8, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded to the Commissioner of Social Security for further consideration of plaintiff's cardiac impairment.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is hereby **REVERSED** and this action is **REMANDED** to the Commissioner of Social Security for further consideration of plaintiff's cardiac impairment.

        The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                        *s/George C. Smith*
                                                     George C. Smith, Judge
                                                United States District Court